# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129324

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
   Plaintiff/Counter-
   Defendant-Appellee,

v

WILLIAM KOCH and TERRI KOCH,
   Defendants/Counter-
   Plaintiffs-Appellants,

and

WILLIAM KOCH and TERRI KOCH,
   Third Party-Plaintiffs-Appellants,

v

JAMES MARSH and MICHAEL A. CAPUTO,
   Third Party-Defendants-Appellees.
_____/

SC: 129324
COA: 252659
Calhoun CC: 02-002374-CK

On order of the Court, the application for leave to appeal the July 21, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2006

_____
Clerk

d0614